■ THE NEW SCHOOL, Respondent, v FARM FAMILY CASUALTY INSURANCE COMPANY, Appellant. [999 NYS2d 744]—Order, Supreme Court, New York County (Joan M. Kenny, J.), entered July 16, 2014, which granted plaintiff's motion for post-note of issue discovery and extended its time to move for summary judgment, unanimously affirmed, without costs.

We find no abuse of discretion in the trial court's ordering of additional discovery and restriction of future motion practice. Concur—Tom, J.P., Friedman, Andrias, DeGrasse and Gische, JJ.